Keith Chrestionson, SBN 130936
kchrestionson@foxrothschild.com
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Tel.  (415) 364-5540
Fax. (415) 391-4436

Jessica Juarez, SBN 269600
jessica@stoll-law.com
Albert G. Stoll Jr., A Law Corporation
55 Francisco Street, Ste. 403
San Francisco, CA 94133
Tel.  (415) 576-1500
Fax. (415) 576-1501

Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE LUIS LOPEZ GARCIA, RAFAEL FLORES, AND JUAN RAMON CARRILLO, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GLORIA ARCELIA DOMINGUEZ, an individual, TAMARINDO, a business entity, TAMARINDO COCINA MEXICANA, a business entity, TAMARINDO ANTOJERIA MEXICANA, a business entity, TAMARINDO ANTOJERIA MEXICANA LLC, a limited liability company, and DOES 1 – 20,<br><br>Defendants. | CASE NO. 3:14-cv-02271 JSC<br><br>**DEFENDANTS COUNSEL'S REQUEST TO APPEAR VIA COURT CALL AT THE CASE MANAGEMENT HEARING**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Court:  Courtroom F – 15th Floor<br>Date:   January 8, 2014<br>Time:   1:30pm<br><br>Trial Date:   June 29, 2015 |

Counsel for Defendants respectfully requests to appear via court call at the January 8, 2015 Case Management Hearing at 1:30 PM.

Dated: December 30, 2014                                ATTORNEYS FOR DEFENDANTS

                                        By:  __/s/ Jessica Juarez_____
                                             Jessica Juarez
                                             Albert G. Stoll Jr., A Law Corporation

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: December 31, 2014

GRANTED

Jacqueline Scott Corley

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

LOPEZ GARCIA ET AL. V. DOMINGUEZ ET AL., CASE NO. 3:14-cv-02271 JSC