UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS LOPEZ GARCIA, et al.,

    Plaintiffs,

v.

GLORIA ARCELIA DOMINGUEZ, et al.,

    Defendants.

Case No. 14-cv-02271-JSC

**AMENDED CASE MANAGEMENT SCHEDULE**

Following the Case Management Conference on January 8, 2015, the parties submitted a proposed joint case management schedule (Dkt. No. 27). The Court hereby adopts the proposed schedule with a few modifications and amends the case management schedule as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | June 19, 2015 |
| Last Day to File Dispositive Motions: | July 9, 2015 |
| Expert Discovery Cut Off: | July 31, 2015 |
| Last Day to Hear Dispositive Motions: | August 13, 2015 |
| Pre-Trial Conference: | September 10, 2015 |
| Trial: | September 21, 2015 |

**IT IS SO ORDERED**.

Dated: January 15, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge